UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ZOLTAN HIRSCH,

                Plaintiff,

v.                                       Case No. 11-cv-7202

HILLTOP GROCERY AT GRAND INC., a New      **NOTICE OF APPEARANCE**
York corporation d/b/a HILLTOP GROCERY, and
PATCO REALTY CORP., a New York corporation,

                Defendants.
------------------------------------------------------------x

        PLEASE TAKE NOTICE, that the undersigned attorney hereby appears as attorney of record for defendant, HILLTOP GROCERY AT GRAND INC., and further requests that copies of all papers in this action be served upon him at the office and address set forth below.

Dated: New York, New York
       November 16, 2011

                                                            _____
                                                            JASON M. BAXTER, ESQ. (jb5995)
                                                            Attorney for the Defendant
                                                            HILLTOP GROCERY AT GRAND INC.
                                                            267 Fifth Avenue, Suite 810
                                                           New York, New York 10016
                                                           (212) 889-9811
                                                           jason@lawbaxter.com